### 6027. MAHAFFEY *v.* THE STATE.

BROYLES, J. Where a misdemeanor was tried in a city court, and from the judgment therein a certiorari was taken to the superior court, and, upon the overruling of the certiorari, the defendant excepted, the bill of exceptions should have been served upon the solicitor-general of the cir-

cuit, instead of upon the solicitor of the city court. It appearing in this case that the solicitor-general was not so served, and did not acknowledge or waive service, the writ of error must be dismissed. *McColers* v. *State*, 74 *Ga.* 411; *Butts* v. *State*, 90 *Ga.* 450 (16 S. E. 96); *Moore* v. *State*, 96 *Ga.* 309 (22 S. E. 760); *McElhannon* v. *State*, 112 *Ga.* 221 (37 S. E. 402); *Culbreth* v. *State*, 115 *Ga.* 242 (41 S. E. 594); *Glenn* v. *State*, and *Gilbert* v. *State*, 122 *Ga.* 593 (50 S. E. 371); *McDonald* v. *Town of Ludowici*, 3. *Ga. App.* 656 (60 S. E. 337).

*Writ of error dismissed.*

DECIDED DECEMBER 22, 1914.

Certiorari; from Jackson superior court—Judge Brand. June 27, 1914.

*Thomas J. Shackelford,* for plaintiff in error.

*P. Cooley, solicitor,* contra.